IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

TINISIA VENABLE,
*Individually and on Behalf of all
Others Similarly Situated,*

          Plaintiff,

v.

J.W. LOGISTICS, LLC, *et al.,*

          Defendants.

Case No. 1:17-cv-03213-LMM

## ORDER APPROVING SETTLEMENT
### AND DISMISSING LAWSUIT WITH PREJUDICE

This matter is before the Court upon the parties' Joint Motion for Approval of Collective Action Settlement and Authorizing Notice of Settlement to the Putative Class [29]. The Court held a hearing on the matter on August 8, 2018. The Court has considered the Joint Motion and the parties' proposed Amended Settlement Agreement and Release [31] entered into by the parties to this action, and it is **ORDERED** as follows:

1. The Joint Motion for Approval of Collective Action Settlement and Authorizing Notice of Settlement to the Putative Class is **GRANTED**.

2. The Court finds that the agree-upon terms and conditions of settlement of this litigation arising under the Fair Labor Standard Act, as set forth in

the Amended Settlement Agreement and Release is hereby **APPROVED**.

3. This case is hereby **DISMISSED** with prejudice, with costs and fees to be paid pursuant to the terms of the Settlement Agreement.

4. The Court shall retain jurisdiction over the action to enforce the terms of the Settlement Agreement.

**IT IS SO ORDERED** in this 27th day of August, 2018.

_____
LEIGH MARTIN MAY
UNITED STATES DISTRIT JUDGE